**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00640-CV

## IN THE INTEREST OF A.K.A., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-11022T**

## ORDER

We **GRANT** appellant's August 27, 2013 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on August 27, 2013 filed as of the date

of this order.

/s/     DAVID LEWIS
        JUSTICE